No. 93–44.  Turner Broadcasting System, Inc., et al. v. Federal Communications Commission et al., *ante*, p. 622.  Petition of Daniels Cablevision for rehearing denied.  Justice

BREYER took no part in the consideration or decision of this petition.